(101 South. 527)

### Ex parte Mack CROW. (5 Div. 899.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Petition of Mack Crow for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Crow v. State, 101 So. 526.

James W. Strother, of Dadeville, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

SAYRE, J. We find no erroneous statement of law in the opinion of the Court of Appeals. The inquiries proposed by petitioner would involve questions of fact which this court will not consider on applications for certiorari to the Court of Appeals. On this point Postal Tel. Cable Co. v. Minderhout, 195 Ala. 420, 71 South. 91, has often been followed.

Writ denied.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.

————

(101 South. 523)

### Ex parte Alva K. LATNER et al. (4 Div. 167.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

E. O. Baldwin, of Andalusia, for petitioners.

Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Alva K. Latner and Fred Latner for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Latner et al. v. State, 101 So. 522.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

————

(101 South. 471)

### Ex parte Clay EATON. (6 Div. 255.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Pinkney Scott, of Bessemer, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Clay Eaton for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Eaton v. State, 101 South. 471.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

(101 South. 484)

### Ex parte Will PARMER. (6 Div. 272.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Ernest B. Fite, of Hamilton, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Will Parmer for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Parmer v. State, 101 So. 482.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

————

(101 South. 423)

### Ex parte Sarah WILSON, alias, etc. (1 Div. 339.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Edward J. Grove, of Mobile, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Sarah Wilson, alias, etc., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Wilson v. State (1 Div. 527) 101 South. 417.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

————

(101 South. 469)

### Ex parte Howard STONER. (7 Div. 520.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Isbell & Scott, of Ft. Payne, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Howard Stoner for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Stoner v. State, 101 South. 468.

Writ denied. Postal Co. v. Minderhout, 195 Ala. 420, 71 South. 91.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.